PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PRINCE V. HAMPTON<br>(#A690165), | )<br>)<br>) | CASE NO. 3:19CV2861 |
| Petitioner, | )<br>) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | )<br>) | |
| DAVE BOBBY,[1] Warden, | )<br>) | |
| | ) | **MEMORANDUM OF OPINION** |
| Respondent. | ) | **AND ORDER** |

Petitioner Prince V. Hampton filed a *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 4) alleging three (3) grounds for relief which challenge the constitutional sufficiency of his convictions in Erie County, Ohio Court of Common Pleas Case Nos. 2015 CR 0148, 2015 CR 0426, and 2016 CR 0098. Petitioner was sentenced to a total aggregate sentence of eight (8) years for one count of trafficking in cocaine and one count of possession of cocaine, with a forfeiture specification.

---

[1] According to the Ohio Department of Rehabilitation & Correction website (https://appgateway.drc.ohio.gov/OffenderSearch/Search/Details/A690165 (last visited April 25, 2022)), Petitioner is now confined at the Northeast Ohio Correctional Center. The Warden of that institution, Dave Bobby, has been substituted for Chae Harris, Warden.

(3:19CV2861)

The above-entitled federal habeas petition was referred to a magistrate judge[2] for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2).  On March 30, 2022, the magistrate judge issued a Report and Recommendation (ECF No. 15).  In her Report, the magistrate judge recommends that the Court deny the habeas petition because Ground One is procedurally defaulted (ECF No. 15 at PageID #: 365-67); Petitioner has not shown in Ground Two that the record demonstrates his trial counsel was ineffective when counsel allowed him to plead guilty (ECF No. 15 at PageID #: 367-69); and, Ground Three – asserting that his trial counsel was ineffective for requesting a joinder of his indictments in Case Nos. 2015 CR 0148 and 2015 CR 0426, his overall performance, and allowing an involuntary plea – are without merit or procedurally defaulted (ECF No. 15 at PageID #: 369-73).

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  Objections to the Report were, therefore, due on April 18, 2022.[3]  Neither party has timely filed objections.  Therefore, the Court must assume that the parties are satisfied with the magistrate judge's recommendations.  Any further review by this

---

[2] The Court referred the case to Magistrate Judge James R. Knepp II.  In November 2020, the case was reassigned from Judge Knepp in his role as a magistrate judge to Magistrate Judge David A. Ruiz pursuant to General Order 2020-26.  On February 15, 2022, the case was reassigned from Judge Ruiz in his role as a magistrate judge to Magistrate Judge Carmen E. Henderson pursuant to General Order 2022-03.

[3] Under Fed. R. Civ. P. 6(d), three (3) days must be added to the 14-day time period because Petitioner was served a copy of the Report by mail.  *See Thompson v. Chandler*, 36 Fed.Appx. 783, 784 (6th Cir. 2002).  The Court has accounted for those three days, as well as additional time for any mailed objection to reach the Court, before issuing this Order.

(3:19CV2861)

Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

      Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. Prince V. Hampton's Petition for a Writ of Habeas Corpus will be dismissed.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      The Clerk of Court shall send a copy of the within Memorandum of Opinion and Order by regular mail to Prince V. Hampton, #A690165, Northeast Ohio Correctional Center, 2240 Hubbard Road, Youngstown, Ohio 44505.

      IT IS SO ORDERED.

April 29, 2022                                      */s/ Benita Y. Pearson*
Date                                                           Benita Y. Pearson
                                                                 United States District Judge